Negar Salim, SBN 213867
LIPPMAN RECUPERO
P.O Box 13928
Tucson, AZ 85732
Telephone: (520) 762-4036

Attorney for Movant,
Nationwide Judgment Recovery, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW E. ORSO | CASE NO.: 2:22-cv-03551-PSG |
| Plaintiff, | SATISFACTION OF JUDGMENT |
| vs. | |
| TODD DISNER et al | |
| Defendant, | |

WHEREAS a judgment was entered in the above action on the 21st day of April 2021 in favor of Plaintiff and against Defendant, Xiumei Zhang, in the amount of $15,599.52 plus pre-judgment interest totaling $5,349.87 and now with said judgment with interest thereon having been satisfied, and it being certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: 02/12/2024

**NEGAR SALIM**

*/s/ Negar Salim*

Negar Salim,
Attorney for Movant